# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARRETT FELTIS,<br><br>　　　　Defendant. | Case No. 1:14-mj-00060-SAB-1<br><br>ORDER TO APPEAR JULY 10, 2014 AT 9:00 A.M. |

Plaintiff Garrett Feltis is charged in a single count complaint with driving on a suspended or revoked license for a prior DUI in violation of 36 C.F.R. § 4.2 incorporating California Vehicle Code § 14601.2(a). Plaintiff failed to appear for his initial appearance on the complaint on May 15, 2014, and a warrant issued for Plaintiff's arrest. Having been informed of Plaintiff's correct address,

IT IS HEREBY ORDERED that:

1. Plaintiff shall appear before the undersigned on July 10, 2014, at 9:00 a.m. in Courtroom 9;

2. If Plaintiff fails to appear at the date and time set by this order, the warrant for his arrest shall execute; and

///

///

3. The Clerk of the Court is directed to mail a copy of this order to Plaintiff at

    22439 Avenue 324
    Woodlake, California 93286.

IT IS SO ORDERED.

Dated: **June 30, 2014**

UNITED STATES MAGISTRATE JUDGE